UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ANNETTE ELDRIDGE, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>AMERICAN FREIGHT, LLC,<br><br>　　Defendant. | Case No.: 6:20-cv-00313-RBD-EJK<br><br>Judge: Hon. Roy B. Dalton, Jr.<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

　　Plaintiff Annette Eldridge hereby dismisses the above-entitled action against defendant American Freight, LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 19, 2020　　　　　　　　　　**HEDIN HALL LLP**

　　　　　　　　　　　　　　　　　　　　By:　/s/ Frank S. Hedin
　　　　　　　　　　　　　　　　　　　　　　　Frank S. Hedin

　　　　　　　　　　　　　　　　　　　　FRANK S. HEDIN (Bar No. 109698)
　　　　　　　　　　　　　　　　　　　　HEDIN HALL LLP
　　　　　　　　　　　　　　　　　　　　1395 Brickell Avenue, Suite 1140
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 357-2107
　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 200-8801
　　　　　　　　　　　　　　　　　　　　Email: fhedin@hedinhall.com

　　　　　　　　　　　　　　　　　　　　SCOTT A. BURSOR (Bar No. 68362)
　　　　　　　　　　　　　　　　　　　　BURSOR & FISHER, P.A.
　　　　　　　　　　　　　　　　　　　　2665 S. Bayshore Dr., Suite 220
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33133
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 330-5512
　　　　　　　　　　　　　　　　　　　　Email: scott@bursor.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

    I, Frank S. Hedin, hereby certify that on August 19, 2020, I electronically transmitted the foregoing to the following via the Court's CM/ECF filing system to all counsel of record.

Date: August 19, 2020                      **HEDIN HALL LLP**

                                        By:   /s/ Frank S. Hedin
                                                Frank S. Hedin

Frank S. Hedin
HEDIN HALL LLP
1395 Brickell Ave, Ste 1140
Miami, Florida 33131
Telephone:   + 1 (305) 357-2107
Facsimile:    + 1 (305) 200-8801
Email: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*