UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNETTE ELDRIDGE,

    Plaintiff,

v.                                        Case No: 6:20-cv-313-Orl-37EJK

AMERICAN FREIGHT, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41 (Doc. 30) filed August 19, 2020. No answer has been filed. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 25, 2020.



ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record